IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON

JASON LOREL MINTER,

    Movant,

v.                                       Case No. 3:06-cv-01014
                                        Case No. 3:03-cr-00253-01

UNITED STATES OF AMERICA,

    Respondent.

**MEMORANDUM OPINION AND ORDER**

    This action was referred to the Honorable Mary E. Stanley, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the Court DENY Defendant's § 2555 Motion. Neither party has filed objections to the Magistrate Judge's findings and recommendation.

    Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **DENIES** Defendant's § 2255 Motion, consistent with the findings and recommendation.

    The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

                                              ENTER:        September 30, 2010

                                             ROBERT C. CHAMBERS
                                           UNITED STATES DISTRICT JUDGE