# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### HUNTINGTON

JASON LOREL MINTER,

    Movant,

v.                                                   Case No. 3:16-5732
                                                     Case No. 3:03-cr-00253-01

UNITED STATES OF AMERICA,

    Respondent.

### MEMORANDUM OPINION AND ORDER

This action was referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the Court deny Movant's "Motion to Vacate Judgment Under 28 U.S.C. § 2255" (ECF No. 172) and remove this matter from the Court's docket. Neither party has filed objections to the Magistrate Judge's findings and recommendations.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **DENIES** Movant's "Motion to Vacate Judgment Under 28 U.S.C. § 2255" (ECF No. 172) and **REMOVES** this matter from the Court's docket, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

                                        ENTER:      February 27, 2018

                                                        ROBERT C. CHAMBERS
                                                        UNITED STATES DISTRICT JUDGE